PROB 12C
(6/16)

Report Date: June 19, 2017

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 19 2017

SEAN F. McAVOY, CLERK
                    DEPUTY
YAKIMA, WASHINGTON

# United States District Court

## for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Eric Franklin Rosser | Case Number: 0980 1:17CR02005-LRS-1 |

Address of Offender: Yakima, WA 98902

Name of Sentencing Judicial Officer: The Honorable John D. Tinder, U.S. District Judge
(Southern District of Indiana, docket number 1:00CR00047-001)

Name of Supervising Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: October 24, 2003

| | |
|---|---|
| Original Offense: | Conspiracy to Transport, Ship, Distribute and Receive Child Pornography, 18 U.S.C. § 2252(a)(1) & 2252(b)(1); Production of Child Pornography, 18 U.S.C. § 2251(a); Distribution of Child Pornography, 18 U.S.C. § 2252(a)(2); Receiving Child Pornogrphy, 18 U.S.C. § 2252(a)(2); Receiving Child Pornography, 18 U.S.C. § 2252(a)(2) |
| Original Sentence: | Prison - 200 months; TSR - 36 months |
| Asst. U.S. Attorney: | Thomas J. Hanlon |
| Defense Attorney: | Alex B. Hernandez, III |

| | |
|---|---|
| Type of Supervision: Supervised Release | |
| Date Supervision Commenced: January 13, 2017 | |
| Date Supervision Expires: January 12, 2020 | |

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 29**: You must actively participate and successfully complete an approved state-certified sex offender treatment program. You must follow all lifestyle restrictions and treatment requirements of the program. You must participate in special testing in the form of polygraph, in order to measure compliance with the treatment program requirements. You must allow reciprocal release of information between the supervising officer and the treatment provider. You must pay for treatment and testing according to your ability. |
| | **Supporting Evidence**: Mr. Rosser disclosed, while exploring the internet and watching YouTube videos of pianists, he came across a photo of a Japanese female in a swimsuit. He clicked on the picture which lead to him looking at other photos. He admits to masturbating |

to the photos. He advised he accessed the Internet and YouTube several times over the course of a couple of days and he found himself viewing photos of "Japanese girls who were younger than 18, young Russian girls doing gymnastics, that sort of thing." The offender's actions are outside of the realm of his treatment modality and requirements of his treatment program.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: June 19, 2017

s/Stephen Krous

Stephen Krous
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

6/19/17
Date