PROB 12C
(6/16)

Report Date: July 22, 2017

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 22, 2017

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Eric Franklin Rosser    Case Number: 0980 1:17CR02005-001

Address of Offender:        Yakima, Washington 98902

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: October 24, 2003

Original Offense:  Conspiracy to Transport, Ship, Distribute and Receive Child Pornography, 18 U.S.C. § 2252(a)(1) & 2252(b)(1); Production of Child Pornography, 18 U.S.C. § 2251(a); Distribution of Child Pornography, 18 U.S.C. § 2252(a)(2); Receiving Child Pornography , 18 U.S.C. § 2252(a)(2); Receiving Child Pornography, 18 U.S.C. § 2252(a)(2) ;

Original Sentence:  Prison 200 months; TSR - 36 months    Type of Supervision: Supervised Release

Asst. U.S. Attorney:  Thomas J. Hanlon    Date Supervision Commenced: January 13, 2017

Defense Attorney:  Alex B. Hernandez, III    Date Supervision Expires: January 12, 2020

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 06/19/2017.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Standard Condition # 1**: The defendant shall not leave the judicial district without the permission of the court or probation officer.<br><br>**Supporting Evidence**: Eric Franklin Rosser is currently being detained by local law enforcement in Billings, Montana and is under investigation for potential new law violations. Mr. Rosser disclosed to the officer he was fleeing the Eastern District of Washington (EDW) as he had a pending violation hearing and was concerned he was going back to prison. Mr. Rosser advised the officer he had $75,000 in U.S. currency and about $1,000 worth of marijuana in his luggage. Mr. Rosser did not request nor did he receive permission to leave the Eastern District of Washington. |

Prob12C
Re: Rosser, Eric Franklin
July 22, 2017
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  07/22/2017

s/Stephen Krous

Stephen Krous
U.S. Probation Officer

## THE COURT ORDERS

[  ]  No Action
[ x]  The Issuance of a Warrant
[  ]  The Issuance of a Summons
[  ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[  ]  Defendant to appear before the Judge assigned to the case.
[  ]  Defendant to appear before the Magistrate Judge.
[  ]  Other

M. K. Dimke

Signature of Judicial Officer

7/22/2017

Date